Argued and submitted January 31, affirmed August 26, 1992

## HAROLD PETER MEIER,
*Petitioner,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(CA A66574)

835 P2d 159

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the briefs was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Howard v. State Board of Parole,* 105 Or App 288, 804 P2d 509, *rev den* 311 Or 432 (1991).